# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL S. KRAUSE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA,<br><br>    Defendant. | 8:19CV12<br><br>ORDER |

Upon review of the parties' Rule 26(f) Report (Filing No. 20),

**IT IS ORDERED**:

1. The deadline for filing motions to dismiss and motions for summary judgment to resolve jurisdiction, immunity, and/or venue is **July 15, 2019.**
2. Case progression and discovery are stayed pending the Court's ruling on such motions.

Dated this 9th day of May, 2019.

                BY THE COURT:

                s./Michael D. Nelson
                United States Magistrate Judge